**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Petitioner**

v.

**FEDERAL ENERGY REGULATORY COMMISSION, Respondent**

**Entergy Nuclear Operations Inc., et al., Intervenors.**

**Nos. 05–1372, 06–1360.**

United States Court of Appeals, District of Columbia Circuit.

May 6, 2008.

Neil H. Butterklee, Donald Joseph Stauber, Consolidated Edison Company of New York, Inc., New York, NY, for Petitioner.

Holly Elizabeth Cafer, Cynthia Ann Marlette, Federal Energy Regulatory Commission (FERC), Washington, DC, for Respondent.

Glen Scott Bernstein, Kathryn Kavanagh Baran, Skadden, Arps, Slate, Meagher & Flom LLP, Gregory W. Camet, Entergy Services, Inc., Washington, DC, for Intervenors.

Before: RANDOLPH, TATEL, and GARLAND, Circuit Judges.

## JUDGMENT

This case was considered on the record from the Federal Energy Regulatory Commission and on the briefs and arguments of the parties. It is

ORDERED AND ADJUDGED that the petitions are denied for the reasons stated in the FERC orders.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing en banc. *See* FED. R.APP. P. 41(b); D.C. CIR. R. 41.